Floyd W. Bybee #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd. Ste. 5
Chandler, Arizona 85226
Phone: (480) 756-8822
Fax: (480) 297-0917
Email: floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kaydence Asa Mros, | No. CV-26-1488-PHX-KML |
| Plaintiff, | **PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA TO NON-PARTY** |
| -vs.- | |
| Phoenix Valley Motorsports, LLC, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of his intent to serve the following subpoena(s):

1. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to **DEALFI, LLC**.

2. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to and **American Credit Acceptance, LLC**.

DATED:    July 1, 2026    .

                              s/ Floyd W. Bybee
                              **Floyd W. Bybee #012651**
                              BYBEE LAW CENTER, PLC
                              90 S. Kyrene Rd. Ste. 5
                              Chandler, Arizona 85226
                              Phone: (480) 756-8822
                              Fax: (480) 297-0917
                              Email: floyd@bybeelaw.com

                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2026, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Marc C. Cavness, Esq.
**MARC C CAVNESS, PLLC**
4531 N 16th St. Ste. 122
Phoenix, AZ 85016
(602) 279-9911
marccavness@msn.com
Attorneys for Defendants

by: s/ Floyd W. Bybee

2